IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01878-LTB

ISAAC JOHN GALINDO,

    Plaintiff,

v.

ANTHONY MARZALES,
OLGA COSTA DAVIS, and
VICTOR REYES,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 5, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 5 day of September, 2012.

          FOR THE COURT,

          GREGORY C. LANGHAM, Clerk


          By: s/L. Gianelli
             Deputy Clerk